**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000537
22-MAY-2026
08:00 AM
Dkt. 102 OCOR**

NO. CAAP-23-0000537
(consolidated with No. CAAP-24-0000807)


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


IN THE MATTER
OF
THE FUJISHIMA FAMILY TRUST
DATED SEPTEMBER 1, 2005


APPEALS FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 1CTR-22-0000164)


ORDER OF CORRECTION
(By:  Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion entered on April 24, 2026, is corrected as follows:

On page 2, in the third line from the top, replace the italicized closing parenthesis following the word "*Part*" with an italicized closing bracket so that the line reads:

*Part] the Remainder of the Petition to Remove and Surcharge*

On page 2, line 7 of the second full paragraph, (1) delete the comma after the word "*Fact*" and insert the italicized word "*and*" between the words "*Fact*" and "*Conclusions*"; and (2) delete the comma after the word "*Law*" so that the line reads:

*Fact and Conclusions of Law and Order Granting [Powell's] Petition*

---

[1]  Leonard, Presiding Judge, and Hiraoka and Wadsworth, JJ.

Also on page 2, line 8 of the second full paragraph, insert italicized brackets around the word "*Family*" so that the line reads:

> *to Void the Fujishima [Family] Trust Dated September 1, 2005 [Dkt.*

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, May 22, 2026.

FOR THE COURT:

/s/ Clyde J. Wadsworth
Associate Judge